83,703-01

Mr. ABEL Acosta 11.07
   In Trial Court Cases # 08-CR-00000874-E
       WR-83, 703-01

And   2014-DCR-00128-E - WR 203-02

Change of Address is to

       Alvaro Sanchez
       13771 Orphanage Rd
       Santa Rosa Tx 78593

   Phone # 956-454-9771


Thank you.
              Alvaro Sanchez

Was Released to "Mandatory Supervision
Still "Under Custody."

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 10 2015
Abel Acosta, Clerk